GRAGE, APPELLANT, v. PAULSON, DEFENDANT, UNITED
    SMELTING AND REFINING COMPANY,
        GARNISHEE AND RESPONDENT.

[No. 1,433.]

[Decided November 27, 1899.]

*Appeal—Undertaking on Appeal—Ambiguity—Dismissal of
Appeal.*

A single undertaking in the sum of $300 to secure two appeals from two separate orders
    made at different times after judgment is void for ambiguity, justifying a dismissal
    of both appeals.

*Appeal from District Court, Lewis and Clarke County;
S. H. McIntire, Judge.*

ACTION by Henry Grage against Tony Paulson, defendant,
and the United Smelting & Refining Company; garnishee. On
motion to dismiss appeals.   Sustained.

*Mr. J. M. Clements* and *Mr. Chas. J. Geier*, for Appellant.

*Messrs. Toole, Bach & Toole*, for Respondent.

PER CURIAM.   It appears from the record herein that two
appeals have been taken from two separate orders made after
judgment,—one entered on April 15, and one on June 10,
1899.   It further appears that only one undertaking, in the
sum of $300, is on file with the clerk of the district court to
secure both appeals.   A motion is made to dismiss the ap-
peals on the ground that the undertaking is void for ambi-
guity.   The motion must be sustained, upon the authority of
*Creek* v. *Bozeman Waterworks Co.*, 22 Mont. 327, 56 Pac.
362; *Murphy* v. *Northern Pacific Railway Co.*, 22 Mont. 577,
57 Pac. 278; *Washoe Copper Co.* v. *Hickey*, 23 Mont. 319, 58
Pac. 866.

Let the appeals be dismissed.                    *Dismissed.*